# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **ANTHONY FIELDS,** | : | **VIOLATIONS:** |
| also known as "Bucky," | : | 21 U.S.C. § 846 |
| **ABDUL SAMUELS,** | : | **(Conspiracy to Distribute and Possess** |
| also known as "Foots," | : | **with Intent to Distribute One Hundred** |
| **ARTINIS WINSTON,** | : | **Grams or More of a Mixture and** |
| also known as "Whistle," | : | **Substance Containing a Detectable Amount** |
| **CALVIN WRIGHT,** | : | **of Phencyclidine, One Hundred Grams or** |
| also known as "Caliwoo," | : | **More of Heroin, Forty Grams or More of** |
| **LACY HAMILTON,** | : | **Fentanyl, and a Detectable Amount of** |
| also known as "Lacey Hamilton," | : | **Buprenorphine)** |
| **LONNELL TUCKER,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) |
| | : | **(Unlawful Possession with Intent to** |
| **Defendants.** | : | **Distribute One Hundred Grams or More** |
| | : | **of a Mixture and Substance Containing a** |
| | : | **Detectable Amount of Phencyclidine)** |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(i) |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute One Hundred Grams or More** |
| | : | **of Heroin)** |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Forty Grams or More** |
| | : | **of Fentanyl)** |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Buprenorphine)** |
| | : | 21 U.S.C. § 856(a)(2) |
| | : | **Unlawful Maintenance of a Premises to** |
| | : | **Manufacture, Distribute, Store, and Use a** |
| | : | **Controlled Substance)** |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |

|   |                                                          |
|---|----------------------------------------------------------|
| : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)**             |
| : | **(Unlawful Possession with Intent to**                  |
| : | **Distribute Cocaine Base)**                             |
| : | **18 U.S.C. § 924(c)(1)**                                |
| : | **(Using, Carrying, and Possessing a**                   |
| : | **Firearm in Furtherance of a Crime of**                 |
| : | **Violence or Drug Trafficking Offense)**                |
| : |                                                          |
| : | **FORFEITURE: 18 U.S.C. § 924(d),**                      |
| : | **21 U.S.C. § 853(a) and (p),**                          |
| : | **and 28 U.S.C. § 2461(c)**                              |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

Beginning in or about July, 2017, the exact date being unknown to the Grand Jury, and continuing through at least February 1, 2018, in the District of Columbia, the State of Maryland, and elsewhere, defendants **ANTHONY FIELDS**, also known as "Bucky," **ABDUL SAMUELS**, also known as "Foots," **ARTINIS WINSTON**, also known as "Whistle," **CALVIN WRIGHT**, also known as "Caliwoo," **LACY HAMILTON**, also known as "Lacey Hamilton," and **LONNELL TUCKER**, did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable

amount of buprenorphine, a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

Quantity of Phencyclidine, Heroin, Fentanyl, and Buprenorphine Involved in the Conspiracy:

With respect to defendant **ANTHONY FIELDS**, also known as "Bucky," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one hundred grams or more of a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv), over one hundred grams of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i), over forty grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and a mixture and substance containing a detectable amount of buprenorphine, a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **ABDUL SAMUELS**, also known as "Foots," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **ARTINIS WINSTON**, also known as "Whistle," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and a mixture and substance containing a detectable amount of buprenorphine, a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **CALVIN WRIGHT**, also known as "Caliwoo," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **LACY HAMILTON**, also known as "Lacey Hamilton," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **LONNELL TUCKER**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

>(**Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine, One Hundred Grams or More of Heroin, Forty Grams or More of Fentanyl, and a Detectable Amount of Buprenorphine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about February 1, 2018, within the District of Columbia, **ANTHONY FIELDS**, also known as "Bucky," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one hundred grams or more.

>(**Unlawful Possession with Intent to Distribute One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT THREE

On or about February 1, 2018, within the District of Columbia, **ANTHONY FIELDS**, also known as "Bucky," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was one hundred grams or more.

>(**Unlawful Possession with Intent to Distribute One Hundred Grams or More of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

## COUNT FOUR

On or about February 1, 2018, within the District of Columbia, **ANTHONY FIELDS**, also known as "Bucky," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was forty grams or more.

(**Unlawful Possession with Intent to Distribute Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FIVE

On or about February 1, 2018, within the District of Columbia, **ANTHONY FIELDS**, also known as "Bucky," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of buprenorphine, a Schedule III narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Buprenorphine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about February 1, 2018, within the District of Columbia, **ARTINIS WINSTON**, also known as "Whistle," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of buprenorphine, a Schedule III narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Buprenorphine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

Beginning in or about July, 2017, the exact date being unknown to the Grand Jury, and continuing through at least February 1, 2018, within the District of Columbia, **ANTHONY**

**FIELDS**, also known as "Bucky," knowingly and intentionally maintained a premises for the purpose of manufacturing, distributing, storing and using a controlled substance.

(**Unlawful Maintenance of a Premises to Manufacture, Distribute, Store, and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

## COUNT EIGHT

On or about May 10, 2018, within the District of Columbia, **ABDUL SAMUELS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 1994-FEL-6422, did unlawfully and knowingly receive and possess a firearm, that is, a Mossberg, model 500, 12 gauge shotgun, bearing serial number R991713, and did unlawfully and knowingly receive and possess ammunition, that is, 12 gauge and .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINE

On or about May 10, 2018, within the District of Columbia, **ABDUL SAMUELS**, also known as "Foots," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TEN

On or about May 10, 2018, within the District of Columbia, **ABDUL SAMUELS**, also known as "Foots," did unlawfully and knowingly use, and carry during and in relation to, and

7

possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Nine of this Indictment, which is incorporated herein, a firearm, that is, a Mossberg, model 500, 12 gauge shotgun, bearing serial number R991713.

(**Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT ELEVEN

On or about February 1, 2018, within the District of Columbia, **ANTHONY FIELDS**, also known as "Bucky," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2001-FEL-6917 and 2001-FEL-3831, did unlawfully and knowingly receive and possess firearms, namely, a Ruger, model P95DC, 9mm pistol, bearing an obliterated serial number, and a Taurus, model PT24/7 G2 C, 9mm pistol, bearing serial number TGR71951, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWELVE

On or about February 1, 2018, within the District of Columbia, **ANTHONY FIELDS**, also known as "Bucky," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment, which is incorporated herein, firearms,

namely, a Ruger, model P95DC, 9mm pistol, bearing an obliterated serial number, and a Taurus, model PT24/7 G2 C, 9mm pistol, bearing serial number TGR71951.

(**Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One through Seven, and Count Nine, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The following specific property is subject to forfeiture: $7,020 in United States Currency. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of any of the offenses alleged in Counts Eight, Ten, Eleven, and Twelve, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses. The property subject to forfeiture includes:

   a. a Mossberg, model 500, 12 gauge shotgun, bearing serial number R991713,

   b. a Taurus, model PT24/7 G2 C, 9mm pistol, bearing serial number TGR71951;

   c. a Ruger, model P95DC, 9mm pistol, bearing an obliterated serial number,

      d.    9mm ammunition;

      e.    .45 caliber ammunition; and

      e.    12 gauge ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.